IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSE JAMES ANDERSON**                                                                                                   **PLAINTIFF**
**ADC #170510**

v.                                    Case No: 4:21-cv-000136-LPR

**TURN KEY HEALTH SERVICES,** *et al.*                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Jesse James Anderson's Complaint is DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment and Order dismissing this case would not be taken in good faith.

IT IS SO ADJUDGED this 27th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT